IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

    v.                                                        16-CR-94

JOSEPH KUROWSKI,

                          Defendant.

_____

### GOVERNMENT'S MOTION TO SET A TRIAL DATE

**PLEASE TAKE NOTICE** that upon the attached Affidavit of Aaron J. Mango, Assistant United States Attorney, the undersigned will move this Court at a motion term of the Honorable Lawrence J. Vilardo, United States District Court for the Western District of New York, United States Courthouse, 2 Niagara Square, Buffalo, New York, on a date and at a time to be set by the Court, so that counsel can be heard to set a date certain for trial.

DATED:  Buffalo, New York, September 21, 2016.

                                                     WILLIAM J. HOCHUL, Jr.
                                                     United States Attorney

            BY:    ***S/AARON J. MANGO***
                       Assistant U.S. Attorney
                       U.S. Attorney's Office
                       Western District of New York
                       138 Delaware Avenue
                       Buffalo, New York 14202
                       (716) 843-5882
                       aaron.mango@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.                                                          16-CR-94

JOSEPH KUROWSKI,

                         Defendant.
_____

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE      )  SS:
CITY OF BUFFALO    )

      **AARON J. MANGO,** being duly sworn, deposes and states:

      1.     I am an Assistant United States Attorney for the Western District of New York and I am assigned to my office's file regarding this action. This affidavit is filed in support of the motion by the United States to set a date for trial.

      2.     Following the arraignment held on August 5, 2016, the Court set a pretrial schedule wherein discovery was to be complete by September 6, 2016 and motions were due on September 20, 2016. As of this date, no motions have been filed.

3.      Therefore, under Title 18, United States Code, Section 3161(h)(1)(D), the Speedy Trial clock is no longer tolled, and the matter is ready for trial.  As such, the government now moves this Court for the setting of a trial date with an opportunity for all parties to be heard as soon as possible, and on a date and at a time to be set by the Court.

**WHEREFORE**, based upon the foregoing, it is respectfully requested that the Court set a date for trial in this action.

*S/AARON J. MANGO*
Assistant U.S. Attorney

Sworn to before me this 21st day of September, 2016.

*S/KATHLEEN M. RIEMAN*
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 9-23-2017