IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )   16-CR-94-V |
| Joseph Kurowski | ) |
| Defendant. | ) |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 07, 2016 and ending on January 05, 2017. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2017 at Buffalo, NY.

S/ANNETTE M. SKINNER
ANNETTE SKINNER
FSA PARALEGAL

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: 16-CR-94-V; NOTICE OF FORFEITURE

Notice is hereby given that on December 01, 2016, in the case of <u>U.S. v. Joseph Kurowski</u>, Court Case Number 16-CR-94-V, the United States District Court for the Western District of New York entered an Order condemning and forfeiting the following property to the United States of America:

One (1) Apple MacBook Pro, SN: C02NJ1DTG3QC; One (1) Apple iPhone, Model: A1522, IMEI: 354386067144522 and One (1) black Apple iPad tablet, Model: 1566, SN: DMPND5DVG5VW (16-FBI-004858) which were seized from Joseph Kurowski on October 21, 2015 at 233 Bright Street, located in Cheektowaga, NY

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 07, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, U.S. District Clerk's Office, 2 Niagara Square Room 200, Buffalo, NY  14202, and a copy served upon Assistant United States Attorney Mary Clare Kane, 138 Delaware Avenue, Federal Centre, Buffalo, NY  14202. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 7, 2016 and January 05, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Joseph Kurowski

**Court Case No:**     16-CR-94-V
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/07/2016 | 24.0 | Verified |
| 2 | 12/08/2016 | 24.0 | Verified |
| 3 | 12/09/2016 | 24.0 | Verified |
| 4 | 12/10/2016 | 24.0 | Verified |
| 5 | 12/11/2016 | 24.0 | Verified |
| 6 | 12/12/2016 | 24.0 | Verified |
| 7 | 12/13/2016 | 24.0 | Verified |
| 8 | 12/14/2016 | 24.0 | Verified |
| 9 | 12/15/2016 | 24.0 | Verified |
| 10 | 12/16/2016 | 24.0 | Verified |
| 11 | 12/17/2016 | 24.0 | Verified |
| 12 | 12/18/2016 | 24.0 | Verified |
| 13 | 12/19/2016 | 23.6 | Verified |
| 14 | 12/20/2016 | 24.0 | Verified |
| 15 | 12/21/2016 | 24.0 | Verified |
| 16 | 12/22/2016 | 24.0 | Verified |
| 17 | 12/23/2016 | 24.0 | Verified |
| 18 | 12/24/2016 | 24.0 | Verified |
| 19 | 12/25/2016 | 24.0 | Verified |
| 20 | 12/26/2016 | 24.0 | Verified |
| 21 | 12/27/2016 | 24.0 | Verified |
| 22 | 12/28/2016 | 24.0 | Verified |
| 23 | 12/29/2016 | 24.0 | Verified |
| 24 | 12/30/2016 | 24.0 | Verified |
| 25 | 12/31/2016 | 24.0 | Verified |
| 26 | 01/01/2017 | 24.0 | Verified |
| 27 | 01/02/2017 | 24.0 | Verified |
| 28 | 01/03/2017 | 24.0 | Verified |
| 29 | 01/04/2017 | 24.0 | Verified |
| 30 | 01/05/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.